UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tyrone Cooper
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Greene Haven Correctional Facility
_____
_____
_____
_____
_____
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Tyrone Cooper
            ID #  23B 5168
            Current Institution  Elmira Correctional Facility
            Address  P.O. box 500, Elmira NY, 14902-0500

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name Jhon Does Correction Officers    Shield # _____
                   Where Currently Employed 4pm-11pm Shift at Green Haven Intake
                   Address Green Haven Correctional Facility

Defendant No. 2    Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 3    Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 4    Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? Greene Haven's Corrections

B.   Where in the institution did the events giving rise to your claim(s) occur? Intake/Booking

C.   What date and approximate time did the events giving rise to your claim(s) occur?
November, 28, 2023 at or about 5:30 pm

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Greene Haven Correctional Facility

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_  No ___  Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___  No ___  Do Not Know _X_

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_  No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___  No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? To Inmate Grievance Comitee

1. Which claim(s) in this complaint did you grieve? Violation of Religous rights

2. What was the result, if any? No response back

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Sent out greevances and wrote to hear back, no response

F. If you did not file a grievance:

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want $200,000 two hundred thousand. For my religous rights were violated and for the pain of Depression it has put me threw.

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of Febuary, 2024.

Signature of Plaintiff _____
Inmate Number  23B5168
Institution Address  Elmira C.F.
PO Box 500
Elmira N.Y. 14902-0500

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: < Tyrone Cooper

VI.  **Previous lawsuits:**

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No  X

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1.  Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2.  Court (if federal court, name the district; if state court, name the county) _____
  _____
  3.  Docket or Index number _____
  4.  Name of Judge assigned to your case _____
  5.  Approximate date of filing lawsuit _____
  6.  Is the case still pending?  Yes ____  No ____
      If NO, give the approximate date of disposition _____
  7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
  _____
  _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____  No  X

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1.  Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2.  Court (if federal court, name the district; if state court, name the county) _____
  _____
  3.  Docket or Index number _____
  4.  Name of Judge assigned to your case _____
  5.  Approximate date of filing lawsuit _____
  6.  Is the case still pending?  Yes ____  No ____
      If NO, give the approximate date of disposition _____

D. Facts: I Tyrone Cooper was court ordered, with a No haircut Voucher, to go to Green Haven Correctional Facility. I had my voucher print out and some Jhon Doe Correction officer Took my No haircut due to Rastafarian religion. When I got to Greene Haven The Jhon Doe officers booked me in and took my voucher. Then took me to Shower. Then the officer ordered another inmate to cut my hair. To which I told him I had a Voucher for No haircut Due to religion. Officer Did not go and check he Proceded to order me to get my hair cut.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.



3472447384
My Lawyer got My court ordered No Haircut Voucher

the officers took My court ordered Voucher from me

↑ Elmira C.F. P.O. Box 500, Elmira Newyork 149020500
Fr: Tyrone Cooper Din#23B5168

2 The Courts I was Sentenace In Had Issued Me a No Hair cut Voucher Due to my rastafarian religion When I Had Arrived to greenHaven Correctional facility my religious rights was Violated By correction officers Who Had Surrounded Ardered an Inmate to cut My Hair Which was Against my ~~rastafar~~ rastafarian religion after I Had Showe them my court ordered No Haircut Voucher

1/17/24

To: Inmate Grievance
Fr: Tyrone Cooper
Din # 23B5168
Re: Violation of religious rights

On November 28, 2023 Around 5:30pm at Green Haven Correctional facility I Had a Court Ordered No Hair cut Voucher that Officers Ignored went Against my will religious rights By forcing Me to cut my Hair that I Had my Whole life due to my religion Being rastafarrian for the 3 days at Green Haven C.F. I wrote a yet to receive a response Making me away Never filed can someone please Inform Me of whats going on cuz Im feeling Depressed that my Hair is gone Heres another grievance Im Writing Would like to Be filed Thank you,

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Tyrone Cooper   DIN: 23B5165

Elmira Correctional Facility
Legal Mail



Ruby J. Krajick
500 Pearl Street Room 200
230
New York New York
10007