Tyrone Cooper
DIN: 23B5168
Fishkill Corr. Fac.
P.O. Box 1245
Beacon, New York 12508

To Clerk of the Court
United States District Court
Southern District of New York
U.S. Courthouse 500 Pearl Street
New York, New York 10007

2024 NOV 13 PH 2: 59

    I respectfully request a copy of the '1983' that was filed with this court on or about <u>January, 2024</u> case # <u>7:24-CV01128</u>, Cooper v. Green Haven Correctional Facility et al.

    I have lost my copy due to extensive movement transfer: I am in need of a copy in or to provide this court with an Amended '1983' as ordered by the court on 10.29.2024.

Respectfully,
Tyrone Cooper

**FISHKILL CORRECTIONAL FACILITY**
BOX 1245
BEACON, NEW YORK 12508
NAME: Tyrone Cooper   DIN: 23B5168

SDNY PRO SE OFFICE
2024 NOV 13 PM 2:48

FISHKILL CORRECTIONAL FACILITY

ALBANY NY 120 Onive (120)al
7 NOV 2024 PM 2 L

neopost
11/06/2024
US POSTAGE $000.69⁰
ZIP 12508
041L11251113

FIRST-CLASS MAIL

To Clerk
United States District Court
Southern District of New York
U.S. Court House 500 Pearl Street
New York, NY 10007

10007-133099

Legal Mail