

**Office of the New York State Attorney General**      **Letitia James Attorney General**

September 22, 2025

**Via ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Tyrone Cooper v. CO Kirby Francois, et al.</u>, 24-CV-1128 (KMK)

Dear Judge Karas:

    I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG"). I write pursuant to the Court's August 15, 2025 Order (Dkt. No. 40), to respectfully provide an update as to the status of the legal representation of Defendants Kirby Francois and Keith Sposato.

    By way of background, on May 27, 2025, the Court extended Defendants' deadline to answer until 21 days after the completion of an ongoing internal investigation by DOCCS' Office of Special Investigations ("OSI") related to the allegations of misconduct in Plaintiff's Second Amended Complaint. (Dkt. No. 38). The reason for this extension was because OAG could not complete its statutory and ethical representational analysis under Public Officers Law § 17 for C.O. Sposato and C.O. Francois while OSI's investigation was ongoing.

    On August 8, 2025, OAG notified the Court that the status of Defendants' legal representation remained unchanged because the assigned OSI investigator had been unable to schedule an interview with Plaintiff. (Dkt. No. 39). And, on August 15, 2025, the Court granted OAG until September 22, 2025 to provide a further update. (Dkt. No. 40).

    On September 15, 2025, Plaintiff's counsel informed the undersigned that Plaintiff will not be giving a statement to OSI as part of its investigation. OAG anticipates that this development will lead to the conclusion of the investigation.

    In light of the above, OAG believes that the representational analysis will be complete shortly, and that, on or before October 24, 2025, counsel will be able to enter a notice of appearance on Defendants' behalf and to respond to Plaintiff's Second Amended Complaint.

Hon. Kenneth M. Karas  Page 2 of 2
September 22, 2025

Thank you for your attention to this matter.

                                         Sincerely,

                                         /s/ Gabriel Cahn
                                       GABRIEL CAHN
                                       Assistant Attorney General
                                       212-416-8570
                                       Gabriel.Cahn@ag.ny.gov

cc:    Stephanie Panousieris
        Rickner Moskovitz LLP
        14 Wall Street
        Suite 4C
        New York, NY 10005
        *Counsel for Plaintiff*
        (**via ECF**)