UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

TYRONE COOPER,                          :

                          Plaintiff,    :       24-CV-1128 (KMK) (AEK)

                                        :       **AMENDED ORDER AUTHORIZING**
            - against -                 :       **THE DEPOSITION OF AN**
                                        :       **INCARCERATED INDIVIDUAL**

CO KIRBY FRANCOIS and CO KEITH          :
SPOSATO,                                :

                                        :

                          Defendants.   :
-------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of TYRONE COOPER, NYSID: 14905357K, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at Rikers Island Facility or any facility where he is currently housed, on March 19, 2026 at 10:00 a.m. and continuing that day until 1:00 p.m., by stenographic means. A private room with videoconferencing capabilities will be required to conduct the deposition.

Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Federal Rule of Civil Procedure 37(d), which may include an order dismissing this action.

Dated: March 10, 2026
          White Plains, New York

                                        SO ORDERED.

                                        _____
                                        Hon. Andrew E. Krause
                                        United States Magistrate Judge