

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

May 11, 2026

**Via ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:    *Tyrone Cooper v. CO Kirby Francois, et al.*, 24-CV-1128 (KMK) (AEK)

Dear Judge Karas:

I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG"). OAG represents Defendants Kirby Francois and Keith Sposato in this matter. I write, on behalf of all parties, to respectfully request that the case management conference scheduled for May 14, 2026 at 11:30 a.m. (Dkt. No. 47 at 4) be adjourned until after discovery has concluded.

By way of background, on April 15, 2026, the Court granted Plaintiff's request for an extension of the fact discovery deadline from April 17, 2026 to June 17, 2026, in order for Plaintiff to continue his efforts to identify the correct defendants and amend his pleadings. (Dkt. No. 62). The parties are continuing to work cooperatively toward that end, and will update the Honorable Andrew E. Krause as to the status of those efforts by May 22, 2026, pursuant to the Court's April 16, 2026 Order. (Apr. 16, 2026 ECF Order). In light of the above, the parties do not believe that a case management conference before Your Honor is necessary at this juncture.

Thank you for your attention to this matter.

Sincerely,

Granted. The case management conference is
adjourned to 7/ 22 /26, at 12 :00

So Ordered

5/11/26

/s/ Gabriel Cahn
GABRIEL CAHN
Assistant Attorney General
212-416-8570
Gabriel.Cahn@ag.ny.gov

cc:    Stephanie Panousieris
Rickner Moskovitz LLP
14 Wall Street, Suite 4C
New York, NY 10005
*Counsel for Plaintiff*
(**via ECF**)