**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

July 21, 2026

**Via ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Tyrone Cooper v. CO Kirby Francois, et al.*, 24-CV-1128 (KMK) (AEK)

Dear Judge Karas:

I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG"). OAG represents Defendants Kirby Francois and Keith Sposato in this matter. I write, on behalf of all parties, to respectfully request that the case management conference scheduled for July 22, 2026 at 12:00 p.m. (Dkt. No. 65) be adjourned until after discovery has concluded.

By way of background, on June 17, 2026, the Court granted Plaintiff's request for an extension of the fact discovery deadline from June 17, 2026 to August 17, 2026. (Dkt. No. 70). In light of the above, the parties do not believe that a case management conference before Your Honor is necessary at this juncture.

Thank you for your attention to this matter.

Granted.

The conference is adjourned to 9/15/26, at 10:00 via teleconference
So Ordered.
[signature] 7/21/26

Sincerely,

/s/ Gabriel Cahn
GABRIEL CAHN
Assistant Attorney General
212-416-8570
Gabriel.Cahn@ag.ny.gov

cc: Stephanie Panousieris
Rickner Moskovitz LLP
14 Wall Street, Suite 4C
New York, NY 10005
*Counsel for Plaintiff*
**(via ECF)**