**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 8, 2026

**Via ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Tyrone Cooper v. CO Kirby Francois, et al.*, 24-CV-1128 (KMK) (AEK)

Dear Judge Karas:

The Office of the New York State Attorney General represents Defendants Kirby Francois and Keith Sposato in this matter. I write, on behalf Defendants and Plaintiff Tyrone Cooper, to respectfully request that the case management conference scheduled for September 15, 2026 at 10:00 a.m. (Dkt. No. 72) be adjourned until after discovery has concluded.

By way of background, on August 17, 2026, the Court granted Plaintiff's request for an extension of the fact discovery deadline from August 17, 2026 until 45 days after two newly added Defendants have answered. (Dkt. No. 77). On September 3, 2026, the Court granted Plaintiff leave to file his Third Amended Complaint, which he did on September 8, 2026. (Dkt. Nos. 79, 80). In addition, the Honorable Andrew E. Krause recently scheduled a status conference for October 5, 2026 at 11:00 a.m. (Dkt. No. 78). In light of the above, the parties do not believe that a case management conference before Your Honor is necessary at this juncture.

Thank you for your attention to this matter.

Granted. The case management conference for 9/15/26 is adjourned until 12/17/26, at 4:00 via teleconference
So Ordered
9/8/26

Sincerely,

/s/ Gabriel Cahn
GABRIEL CAHN
Assistant Attorney General
212-416-8570
Gabriel.Cahn@ag.ny.gov

cc: Stephanie Panousieris
Rickner Moskovitz LLP
14 Wall Street, Suite 4C
New York, NY 10005
*Counsel for Plaintiff*
**(via ECF)**